UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMANDO VILLALOBOS PEREZ,<br><br>                    Petitioner,<br><br>   v.<br><br>STEPHEN SINCLAIR,<br><br>                    Respondent. | Case No. C20-1419-RSL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus, Respondent's answer thereto, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, Petitioner's objections, Respondent's response, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted as to all sections except that page 1, line 17, which references Skagit County Superior Court Case No. "03-00560-5," should read "03-1-00560-5."

(2) Petitioner's petition for writ of habeas corpus (dkt. # 1) is DENIED, and this action is DISMISSED with prejudice.

ORDER DISMISSING ACTION - 1

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(4) The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable Michelle L. Peterson.

DATED this 16th day of March, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING ACTION - 2